*The United States*
*versus*
*T. & G. Pothier*

filed in court 26th Sept<sup>ber</sup> 1807

TERRITORY OF MICHIGAN
IN THE SUPREME COURT
OF THE SAID TERRITORY

Septem<sup>r</sup> term 1807

The United States of America complain of Toussaint Pothier and Germain Pothier in custody &c of a plea that they render unto the said United States the sum of seven hundred sixty five Dollars, & four cents, which to the said, United States, they do owe and from the said United States do unjustly detain, for this, that the said Defend<sup>ts</sup> on the 5th day of July 1806, to wit at Michilimackinac, in the said territory, by their certain writing obligatory, (called a bond) sealed with the seals of the said Dfts, and bearing date the same day & year last above mentioned, which said Bond, is to the Court, now here shewn, acknowledged themselves to be held & firmly bound to the said United States in the said sum of seven hundred sixty five Dollars & four cents and for the payment of the same, the said Dfts, bound themselves, their heirs, executors & administrators, jointly & severally, firmly by the said Obligation, whenever they should be thereunto afterwards required.

Nevertheless the Dft<sup>s</sup> altho' often required the said sum of seven hundred & sixty five Dollars & four cents, to the said United States to pay; have not paid; but the same to pay, have hitherto wholly refused and still do refuse, to the Damage of the said United States . . . . Dollars and thereof they produce the suit &c

And there are pledges to prosecute to wit
John Doe & Rich<sup>d</sup> Roe.

The United States put in their place Harris H. Hickman, their attorney to prosecute in their behalf their plea above.

[In the handwriting of Harris H. Hickman]